AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
для the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

FACEBOOK USER as more fully described in the attached Affidavit

)
)
)
)
)
)

Case No.  1:18-cr-241

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Information associated with the FACEBOOK USER, described in the attached affidavit, that is stored on premises controlled by Facebook, more fully described in Attachment A to the Affidavit

located in the _____ District of ___South Carolina___ , there is now concealed *(identify the person or describe the property to be seized)*:
Evidence of a crime, and property designed for use, intended for use, or used in committing a crime, as more fully described in Attachment B (II) to the Affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 (a)(1) | Possession with the intent to distribute and distribution of controlled substance |
| 21 U.S.C. § 846; | Conspiracy to possess with the intent to distribute and distribution of controlled substance. |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Bradley Fulton, SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 14, 2018

City and state:  Columbia, SC

PAIGE J. GOSSETT, U.S. Magistrate Judge
*Printed name and title*